**DISMISSED and Opinion Filed December 12, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01388-CV**

**LATOYA K. PORTER, Appellant**
**V.**
**CITY OF DALLAS, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17257**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Reichek

Before the Court is appellant's December 10, 2024 motion to dismiss

appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

241388f.p05

/Amanda L. Reichek//
AMANDA L. REICHEK
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LATOYA K. PORTER, Appellant

No. 05-24-01388-CV     V.

CITY OF DALLAS, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-19-17257. Opinion delivered by Justice Reichek. Justices Molberg and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee CITY OF DALLAS recover its costs of this appeal from appellant LATOYA K. PORTER.


Judgment entered this 12th day of December, 2024.